## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL ALBRITTON, an individual, and as Next Friend to the estate of Dan Albritton, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA,<br><br>Defendant. | CASE NO. 6:18-cv-00194-RAW<br><br>JUDGE RONALD A. WHITE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this matter is dismissed with prejudice. No counterclaims remain for independent adjudication and each party shall bear its own fees and costs.

Respectfully submitted,

s/
Attorney for Plaintiff

Phil Votaw, OBA # 17983
PHIL VOTAW & ASSOCIATES
9 North 9th Street
Fort Smith, AR 72901
(479) 434-6200 Tel.
(479) 649 9700 Fax
phil@votawlaw.com

s/
Attorneys for Defendant

John R. Woodard, III, OBA No. 9853
Harry A. Parrish, OBA No. 11463
Andrew B. Morsman, OBA No. 10911
Coffey Senger & McDaniel, PLLC
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918.292.8787
918.292.8788 – Fax
john@csmlawgroup.com
harry@csmlawgroup.com
amorsman@csmlawgroup.com
*Attorneys for Defendant The Order of United Commercial Travelers of America*



s/
Attorney for Defendant

Steven D. Forry (Ohio Bar #0075520)
Ice Miller LLP
205 West Street, Ste. 700
Columbus, Ohio 43215
614-462-2700
614-462-5132
*Attorney for Defendant The Order of United Commercial Travelers of America*