## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL ALBRITTON, an individual, and as Next Friend to the estate of Dan Albritton, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA,<br><br>Defendant. | CASE NO. 6:18-cv-00194-RAW<br><br>JUDGE RONALD A. WHITE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this matter is dismissed <u>with prejudice.</u> No counterclaims remain for independent adjudication and each party shall bear its own fees and costs.

Respectfully submitted,

s/ Phil Votaw
Attorney for Plaintiff

Phil Votaw, OBA # 17983
PHIL VOTAW & ASSOCIATES
9 North 9th Street
Fort Smith, AR 72901
(479) 434-6200 Tel.
(479) 649 9700 Fax
phil@votawlaw.com

s/ John R. Woodard
Attorneys for Defendant

John R. Woodard, III, OBA No. 9853
Harry A. Parrish, OBA No. 11463
Andrew B. Morsman, OBA No. 10911
Coffey Senger & McDaniel, PLLC
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918.292.8787
918.292.8788 – Fax
john@csmlawgroup.com
harry@csmlawgroup.com
amorsman@csmlawgroup.com
*Attorneys for Defendant The Order of United Commercial Travelers of America*



Page 5

<u>s/</u>  Steven D. Forry
Attorney for Defendant

Steven D. Forry (Ohio Bar #0075520)
Ice Miller LLP
205 West Street, Ste. 700
Columbus, Ohio 43215
614-462-2700
614-462-5132
*Attorney for Defendant The Order of United Commercial Travelers of America*